■ Timothy A. Kirkpatrick et al., Appellants, v Diversified Sports, Inc., et al., Respondents. (Appeal No. 1.) [629 NYS2d

151] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court erred in denying plaintiffs' motion for partial summary judgment on Labor Law § 240 (1) liability. Plaintiffs established that Timothy A. Kirkpatrick (plaintiff) was injured when he fell from a ladder placed on top of scaffolding while painting the basketball court at the Sundown Fitness Club and that defendants violated their duty under Labor Law § 240 "to provide adequate safety devices and ensure that they were properly placed and operated to protect plaintiff" *(Spike v Hollands' Lbr. Co.,* 198 AD2d 891). There is no merit to the contention that plaintiff is not a member of the class protected under Labor Law § 240 (1). That class of persons includes all workers on the job *(see, Haimes v New York Tel. Co.,* 46 NY2d 132).

Finally, there is no merit to the contention that summary judgment is inappropriate because plaintiff was the only witness to the beginning of his fall. Where, as here, a plaintiff's version is not questioned, an issue of fact is not created to render summary judgment inappropriate *(see, Morris v Mark IV Constr. Co.,* 203 AD2d 922; *Marasco v Kaplan,* 177 AD2d 933). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Labor Law.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.